## RITTER v. MASON.

A stipulation inserted in the transcript, and not embodied in a statement or bill of exceptions, forms no part of the record which this Court can notice.
Nor do affidavits used on motion to open the judgment, form any part of the record, where there is no certificate of the Judge or Clerk, or an admission of counsel that they were used for that purpose.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

*E. B. Mastick* for Appellant.

*J. B. Hart* for Respondent.

FIELD, J., at the April Term, 1858, delivered the opinion of the Court—TERRY, C. J., and BURNETT, J., concurring.

The stipulations inserted in the transcript are not embodied in any statement or bill of exceptions, and form, therefore, no part of the record; and there is no certificate of the Judge or Clerk, or any admission of counsel, that the affidavits constitute the papers used on the motion to open the judgment. There is left for our consideration only the judgment roll, which discloses no error. Practice Act, section 346; Newland v. Kean, and Davis v. Stratton, January Term, 1856; Yates v. Buckingham, 4 Cal. 286.

Judgment affirmed.